UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY LEON KELLY,

    Plaintiff,

v.                                        Case No. 3:23cv2785-LC-HTC

WALTON CORRECTIONAL
INSTITUTION, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Anthony Leon Kelly, proceeding *pro se* and *in forma pauperis*, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983. ECF Doc. 1. The Court screened the complaint and, on June 13, 2023, issued an order finding the same insufficient to state a claim for relief. ECF Doc. 13. The June 13 Order gave Plaintiff twenty-one (21) days to file either an amended complaint or a notice of voluntary dismissal and expressly warned Plaintiff that his failure to comply with it could result in a recommendation that his case be dismissed. *Id.* at 8. However, Plaintiff failed to submit any documents. Thus, on July 12, 2023, the Court issued a show cause order, giving Plaintiff fourteen (14) additional days to comply with the June 13 Order or show cause why the case should not be dismissed.

ECF Doc. 14.  To date, Plaintiff has not filed an amended complaint or a notice of voluntary dismissal, nor has he responded to the July 12 Show Cause Order.

Based on the foregoing, dismissal of this case is appropriate.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 1ˢᵗ day of August, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:23cv2785-LC-HTC