UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY LEON KELLY,

     Plaintiff,

v.                                    Case No. 3:23cv2785-LC-HTC

WALTON CORRECTIONAL
INSTITUTION, et al.,

     Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 1, 2023 (ECF No. 16), recommending dismissal due to Plaintiff's failure to prosecute and failure to comply with Court orders.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's

failure to prosecute and failure to comply with Court orders.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 1st day of November, 2023.


s/*L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**